IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv236

| | |
|---|---|
| ANNA MARIE WILSON,                )<br>                                                        )<br>    Plaintiff,                              )<br>                                                        )<br>v.                                                  )             ORDER<br>                                                        )<br>DEPUTY ORTHOPAEDICS, INC., et )<br>al.,                                               )<br>                                                        )<br>    Defendants.                          )<br>_____ ) | |

Pending before the Court is Defendant's Motion to Stay [# 8]. Plaintiff did not file a response to the motion. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 8]. The Court **STAYS** these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation as whether this case should be transferred as part of the <u>In re DePuy Orthopaedics Inc., Pinnacle Hip Implant Products Liability Litigation</u>.

Signed: October 1, 2013

Dennis L. Howell
United States Magistrate Judge